# EXHIBIT B

Case 4:26-cv-01935   Document 1-3   Filed 03/10/26 in TXSD   Page 2 of 5

2/17/2026 8:30 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111325059
By: Jimmy Rodriguez
Filed: 2/17/2026 8:30 AM

Affidavit Attached

EML

Receipt Number: 1084583

Tracking Number: 74605848

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202607203

| | |
|---|---|
| PLAINTIFF: AUSTIN, TREON | In the 125th Judicial |
| vs. | District Court of |
| DEFENDANT: STRIDE INCORPORATED (AND/OR STRIDE LEARNING INCORPORATED) | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: MEDCERTS BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM

1200 SOUTH PINE ISLAND ROAD

PLANTATION FL 33324

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE. This instrument was filed on February 2, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 3, 2026.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
MOSES, AUDIA FANESHA
2450 LOUISIANA ST., STE. 400, BOX 506
HOUSTON, TX 77006
713-714-6519
Bar Number: 24066433

Affidavit Attached

Tracking Number: 74605848

CAUSE NUMBER: 202607203

PLAINTIFF: AUSTIN, TREON

vs.

DEFENDANT: STRIDE INCORPORATED (AND/OR STRIDE LEARNING INCORPORATED)

In the 25th Judicial District Court of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at **3:15** o'clock **P** .M., on the **5th** day of **February**, 20 **26**.
Executed at (address) **1200 South Pine Island Road Plantation, Florida 33324**
in **Broward** County
at **2:05** o'clock **P** .M., on the **9th** day of **February**, 20 **26**,
by delivering to **Medcerts serving Donna Moch Intake Specialist for RA Ct Corporation System** defendant, in person, a true copy of this Citation together with the accompanying **1** copy(ies) of the **Plaintiff's Orignal Petition and Request for Disclosure** Petition **Exhibit A** attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of **February**, 20 **26**.

FEE: $ _____

**Frances Dixon Authorized Person**
of **Broward**
County, ~~XXXX~~ **Florida**

By: _Frances Dixon_ (signature)
Deputy
Affiant # 620

On this day **Frances Dixon**, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this **12th** of **February**, 20 **26**.

_____
Notary Public

JASON JON JONES
Commission # HH 683187
Expires June 20, 2029

Unofficial Copy Office of Marilyn Burgess District Clerk

2/17/2026 8:30 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 111325059
By: Jimmy Rodriguez
Filed: 2/17/2026 8:30 AM

Affidavit Attached

EML

Receipt Number: 1084583

Tracking Number: 74605847

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202607203

| | |
|---|---|
| PLAINTIFF: AUSTIN, TREON | In the 125th Judicial |
| vs. | District Court of |
| DEFENDANT: STRIDE INCORPORATED (AND/OR STRIDE LEARNING INCORPORATED) | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: STRIDE INCORPORATED (AND/OR STRIDE LEARNING INCORPORATED) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE. This instrument was filed on February 2, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this February 3, 2026.

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
MOSES, AUDIA FANESHA
2450 LOUISIANA ST., STE. 400, BOX 506
HOUSTON, TX 77006
713-714-6519
Bar Number: 24066433

Affidavit Attached

```
                                              Tracking Number: 74605847

                    CAUSE NUMBER: 202607203

PLAINTIFF: AUSTIN, TREON                      In the 125th

    vs.                                       Judicial District Court

DEFENDANT: STRIDE INCORPORATED (AND/OR        of Harris County, Texas
STRIDE LEARNING INCORPORATED)
```

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at **3:15** o'clock **P**. M., on the **5th** day of **February**, 20 **26**.
Executed at (address) **1200 South Pine Island Road Plantation, Florida 33324**
in **Broward** County
at **2:05** o'clock **P**. M., on the **9th** day of **February**, 20 **26**,
by delivering to **Stride Incorporate (and/or Stride Learning Incorporated)** defendant,
in person, a true copy of this **Donna Moch Intake Specialist for RA CT Corporation System**
Citation together with the accompanying **1** copy(ies) of the
**Plaintiff's Orignal Petition and Request for Disclosure** Petition  Exhibit A
attached thereto and 1 endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
**February**, 20 **26**.

FEE: $ _____                    **Frances Dixon Authorized Person**
                                       of      **Broward**
County, ~~XXXX~~ **Florida**
                                  By: *Frances Dixon* (signature)
Affiant # 620                          Deputy

On this day **Frances Dixon**, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this **12th** of
**February**, 20 **26**

                                  _____
                                  Notary Public

                                  JASON JON JONES
                                  Commission # HH 683187
                                  Expires June 20, 2029

*Watermark: Unofficial Copy Office of Marilyn Burgess District Clerk*